COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-05-248-CV

 

VASANA
LUPTON AND                                      APPELLANTS/APPELLEES

AVIS RENT‑A‑CAR
SYSTEM, INC.,

A/K/A PV HOLDINGS, INC.

 

 

                                                   V.

 

AVIS RENT‑A‑CAR SYSTEM, INC.,                       APPELLEES/APPELLANTS

A/K/A PV HOLDINGS, INC.
AND

VASANA
LUPTON                                                                                

 

                                               ----------

 

         FROM COUNTY COURT AT LAW
NO. 1 OF TARRANT COUNTY

 

                                               ----------

 

                  MEMORANDUM OPINION[1]
AND JUDGMENT

 

                                               ----------

We have considered the AJoint
Motion to Dismiss Appeal.@ 
It is the court's opinion that the motion should be granted; therefore,
we dismiss the appeal.  See TEX. R. APP. P.
42.1(a)(2), 43.2(f).

The parties shall bear their costs of appeal, for
which let execution issue. 

PER CURIAM

PANEL D: CAYCE, C.J.;
LIVINGSTON and DAUPHINOT, JJ.

 

DELIVERED: December 15,
2005











[1]See Tex. R. App. P. 47.4.